John Morrison, Appellant, v. John R. Laverty, Appellee.

Gen. No. 22,810.   (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. FRED C. HILL, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed May 21, 1917.

## Statement of the Case.

Action by John Morrison, plaintiff, against John R. Laverty, defendant, to recover rent. From a judgment in favor of defendant, plaintiff appeals.

RYAN & LEWIS, for appellant.

LAMBERT & MAYER, for appellee.

MR. JUSTICE DEVER delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 369*—*when different theory of recovery may not be advanced on appeal.* On appeal by plaintiff from a judgment in favor of the defendant, the plaintiff cannot advance in the Appellate Court a theory of recovery different from that presented in the trial court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.